UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| CARRIAGE HOMES CONDOMINIUM AT WILLOW CREEK<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>Defendant. | Civil Action File No.: 3:21-cv-166 |

## ORDER GRANTING THE PARTIES JOINT MOTION TO AMEND PRETRIAL ORDER

This matter is before the Court on the parties Joint Motion to Amend the Pretrial Order. For good cause shown, the Motion to extend the deposition, expert witness disclosure, and other pretrial deadlines is **GRANTED**. The parties are directed to contact the Court no later than by July 30, 2022 to advise regarding the outcome of mediation. If the case does not settle at mediation, the parties are directed to complete discovery pursuant to the following schedule:

| Event | Deadline |
|---|---|
| Deadline to Conduct Party Depositions | September 30, 2022 |
| Plaintiff Primary Expert Designations | October 31, 2022 |
| Defendant Primary Expert Designations | October 31, 2022 |
| Plaintiff Rebuttal Expert Designations | December 15, 2022 |
| Defendant Rebuttal Expert Designations | December 15, 2022 |
| Request for Admissions | December 23, 2022 |
| Discovery Cut-off | January 13, 2023 |

4869-7666-3843.1

| | |
|---|---|
| Summary Judgment Cut-off | February 28, 2023 |
| Telephone Status Conference | At the Court's Convenience |
| Other Pretrial Motion Cut-off | May 26, 2023 |
| Joint Final Pretrial Order | June 5, 2023 |
| Trial Exhibits Exchanged | June 12, 2023 |
| Final Pretrial Conference Call | At the Court's Convenience |
| Jury Trial on the Merits | June 19, 2023 |

**IT IS SO ORDERED.**

DATED: 6-3-22

*/s/ Walter H. Rice*
Hon. ~~Caroline H. Gentry~~
United States Magistrate Judge